EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Aprobación de Baja Voluntaria de agosto y septiembre de 2013 | 2013 TSPR 119<br><br>189 DPR ____ |

Número del Caso: EM-2013-12

Fecha: 25 de octubre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
agosto y septiembre de 2013          EM-2013-12

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de octubre de 2013.

Durante el periodo de agosto y septiembre de 2013, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**agosto**

Enrique A. Jordán Musa                3091

**septiembre**

Héctor Cordero Vázquez                6866
Ana Cecilia Hernández Santos          8827
José Antonio Berríos Ortiz            11,584

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo